FILED

APR 20 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHARLES BERNHARDT,

Defendant.

**2:17-PO-5017-JCL**
CVB Violation No:
FABB006E

ORDER

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated February 15, 2018, advising that Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $230.00 to $130.00, inclusive of fees and costs and Defendant has agreed to forfeit that amount.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $130.00, which has been paid in full.

**IT IS ALSO ORDERED** that the trial set for April 25, 2018, as to Charles Bernhardt, is **VACATED**.

The Clerk of Court is directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549, to the U.S. Attorney's office, and to the Defendant c/o Jeffrey Dahood, Attorney for defendant.

CVB is directed to enter **PF** as the disposition code.

DATED this 20th day of April, 2018.

Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB